AARON D. FORD
  Attorney General
DENNIS W. HOUGH, Bar No. 11995
  Deputy Attorney General
State of Nevada
Public Safety Division
100 N. Carson Street
Carson City, NV 89701-4717
Tel: (775) 684-1254
E-mail: dhough@ag.nv.gov

*Attorneys for Defendants*

```
                    FILED          RECEIVED
                    ENTERED        SERVED ON
                           COUNSEL/PARTIES OF RECORD

                        JUL 29 2019

                    CLERK US DISTRICT COURT
                      DISTRICT OF NEVADA
                BY: _____ DEPUTY
```

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ORDER

FLAVIO MORENO,

    Plaintiff,

v.

NEV. DEPT. CORR., et al.,

    Defendants.

Case No. 3:18-cv-00137-MMD-CBC

**DEFENDANTS' MOTION FOR ENLARGEMENT OF STAY**

Defendants, by and through counsel, Aaron Ford, Attorney General of the State of Nevada, and Dennis W. Hough, Deputy Attorney General, hereby move this Honorable Court an enlargement of the stay in this matter until one week following the yet-to-be-scheduled Early Mediation Conference. This motion is based on Fed. R. Civ. P. 6(b)(1), the following memorandum of points and authorities, and all papers and pleadings on file herein.

## MEMORANDUM OF POINTS AND AUTHORITIES

**I. INTRODUCTION**

This case is an inmate civil rights action pursuant to 42 U.S.C. § 1983. ECF No. 4 at 1. Plaintiff, Flavio Moreno (Plaintiff), is an inmate in the custody of the Nevada Department of Corrections. *Id.* The events at issue in Plaintiff's complaint took place at Lovelock Correctional Center. *Id.*

The Court has not yet set the Early Mediation Conference.

///
///
///

1

## II. DISCUSSION

### A. Fed. R. Civ. P. 6(b)(1) allows this Court to extend deadlines.

District courts have inherent power to control their dockets. *Hamilton Copper & Steel Corp. v. Primary Steel, Inc.*, 898 F.2d 1428, 1429 (9th Cir. 1990); *Oliva v. Sullivan*, 958 F.2d 272, 273 (9th Cir. 1992). Fed. R. Civ. P. 6(b)(1) governs enlargements of time and provides as follows:

> When an act may or must be done within a specified time, the court may, for good cause, extend the time: (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires; or (B) on motion made after the time has expired if the party failed to act because of excusable neglect.

"The proper procedure, when additional time for any purpose is needed, is to present to the Court a timely request for an extension before the time fixed has expired (*i.e.*, a request presented before the time then fixed for the purpose in question has expired)." *Canup v. Miss. Valley Barge Line Co.*, 31 F.R.D. 282, 283 (D.Pa. 1962). The *Canup* Court explained that "the practicalities of life" (such as an attorney's "conflicting professional engagements" or personal commitments such as vacations, family activities, illnesses, or death) often necessitate an enlargement of time to comply with a court deadline. *Id.* Extensions of time "usually are granted upon a showing of good cause, if timely made." *Creedon v. Taubman*, 8 F.R.D. 268, 269 (D.Ohio 1947). The good cause standard considers a party's diligence in seeking the continuance or extension. *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992).

### B. Good cause exists to enlarge the stay and allow the parties to continue settlement negotiations.

In the present case, the 90-day stay expires before the date currently set for an Early Mediation Conference. It is appropriate that the Court's timelines conform to the calendar realities.

///
///
///
///
///
///

### III. CONCLUSION

The Court should enlarge the time for stay until one week past the currently set Early Mediation Conference. The 90-day Stay should be enlarged to one week past the date of the Early Mediation Conference.

DATED this 24th day of July, 2019.

                         AARON D. FORD
                         Attorney General

By: _____
      DENNIS W. HOUGH, Bar No. 11995
      Deputy Attorney General

*Attorneys for Defendants*

IT IS SO ORDERED

_____
U.S. MAGISTRATE JUDGE

DATED: 7/29/2019

## CERTIFICATE OF SERVICE

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 24th day of July, 2019, I caused to be served a copy of the foregoing, **DEFENDANTS' MOTION FOR ENLARGEMENT OF STAY,** by U.S. District Court CM/CFE Electronic Filing to:

Flavio Moreno, #1049218
Care of LCC Law Librarian
Lovelock Correctional Center
1200 Prison Road
Lovelock, NV 89419
lcclawlibrary@doc.nv.gov

*/s/ Paula M. Hernandez*
An employee of the
Office of the Attorney General